■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED MANCUSO, Appellant, v VICTOR HERBERT, as Superintendent of

Collins Correctional Facility, Respondent. [684 NYS2d 103] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied without a hearing the petition seeking a writ of habeas corpus. A petition should be denied without a hearing "[i]f it appears from the petition or the documents annexed thereto that the person is not illegally detained" (CPLR 7003 [a]). The issues raised by relator concerning the alleged *Brady* and *Rosario* violations and the alleged defective Grand Jury proceeding were, or could have been, raised on direct appeal or by a CPL article 440 motion (*see, People ex rel. Abdullah v Walker*, 199 AD2d 1074, *lv denied* 83 NY2d 752). In any event, the court properly determined that those issues are meritless (*see, People ex rel. Rosado v Miles*, 138 AD2d 808). Relator's first and second contentions were raised in CPL article 440 motions and rejected by the Second Department (*People v Mancuso*, 232 AD2d 658, *lv denied* 89 NY2d 944) and in an unpublished decision by Supreme Court, Kings County. The court properly found that relator's third contention regarding an alleged conspiracy between a Supreme Court, Kings County, Justice and an Assistant District Attorney was based on nothing more than speculation. Because a hearing was not held, the contention of relator that he was improperly denied a transcript lacks merit. (Appeal from Judgment of Supreme Court, Erie County, Gorski, J.—Habeas Corpus.) Present—Denman, P. J., Green, Hayes, Balio and Boehm, JJ.